UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CLEVELAND CONSTRUCTION, INC. 8620 Tyler Blvd. Mentor, Ohio 44060     Plaintiff, <br><br> v. <br><br> TYLER CONSTRUCTION GROUP, INC., 433 Rabon Rd. Columbia, SC 29223 <br><br> and <br><br> LIBERTY MUTUAL INSURANCE CO. 175 Berkley Street Boston, MA 02116     Defendants. | **CIVIL ACTION NO. 5:14-cv-00687-D** Judge: DEVER |

## ORDER GRANTING MOTION TO LIFT STAY

Upon motion of the Plaintiff United States of America for the use and benefit of Cleveland Construction, Inc. ("CCI"), and for good cause shown, the Order previously entered in the above-captioned action on 16 December 2014 staying this case pending the outcome of the arbitration involving CCI and Tyler Construction Group, Inc. ("Tyler") and Liberty Mutual Insurance Company ("Liberty") is hereby lifted.

This the \_\_\_11\_\_\_ day of February, 2016.

_____
JAMES C. DEVER III
Chief United States District Judge